# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-00403 |
| The Entities, Partnerships, and Unincorporated Asso | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Guangzhou YILIN Trading Company Ltd. d/b/a CHARCHARLENE                                    .

Date:     05/01/2026

/TAO LIU/
*Attorney's signature*

TAO LIU NY#5741665
*Printed name and bar number*

GLACIER LAW LLP
41 MADISON AVENUE SUITE 2529,
NEW YORK, NY

*Address*

tao.liu@glacier.law
*E-mail address*

(212) 937-9999
*Telephone number*

*FAX number*